IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02951-BNB

ANDREW REAMS,

    Plaintiff,

v.

LIEUTENANT KIESEL,
LIEUTENANT HARRIS, and
WARDEN KEVIN MILYARD,

    Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 21 2011

GREGORY C. LANGHAM
                  CLERK

---

### ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 21, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02951-BNB

Andrew Reams
Prisoner No. 146231
2323 Curtis Street
Denver, CO 80205

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 21, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk