**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02951-CMA-KLM

ANDREW REAMS.

    Plaintiff,

v.

LIEUTENANT KIESEL,
LIEUTENANT HARRIS, and
WARDEN KEVIN MILYARD,

    Defendants.

---

## ORDER OF DISMISSAL

---

This matter is before the Court on Plaintiff's "motion to withdraw civil action claim" (Doc. # 24), filed April 18, 2011, and the Response to Plaintiff's Motion to Dismiss, filed by Defendants on April 19, 2011 as Doc. # 26. Upon review of these documents, it is hereby

ORDERED that Doc. # 24 is GRANTED and the above-referenced cause of action is DISMISSED WITHOUT PREJUDICE.

DATED at Denver, Colorado, this  20th  day of April, 2011.

                BY THE COURT:

                *Christine M Arguello*
                _____
                CHRISTINE M. ARGUELLO
                United States District Court Judge